AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>RUSSELL JAMES PETERSON<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:21-mj-00214<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 2/9/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1)- | Knowingly Entering or Remaining in any Restricted Building or Grounds |
| 18 U.S.C. § 1752(a)(2)- | Disorderly Conduct Which Impedes the Conduct of Government Business |
| 40 U.S.C. § 5104(e)(2)(D)- | Disruptive Conduct in the Capitol Buildings |
| 40 U.S.C. § 5104(e)(2)(G)- | Parading, Demonstrating, or Picketing in the Capitol Buildings |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Roland Draughn III, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/09/2021

*Judge's signature*

City and state: Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*